AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Delaware

| | |
|---|---|
| DELAWARE RADIO TECHNOLOGIES LLC and WYNCOMM LLC <br><br> *Plaintiff(s)* <br> v. <br> TATA MOTORS LIMITED, JAGUAR LAND ROVER LIMITED, and JAGUAR LAND ROVER NORTH AMERICA, LLC <br><br> *Defendant(s)* | Civil Action No. 13-1951 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TATA MOTORS LIMITED
c/o Delaware Secretary of State
The Honorable Jeffrey W. Bullock
Delaware Secretary of State
Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Richard C. Weinblatt
STAMOULIS & WEINBLATT LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 11/21/2013

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 13-1951

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tata Motors Limited
was received by me on *(date)* 03/06/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Catrina Harris at 3:15 pm , who is
designated by law to accept service of process on behalf of *(name of organization)* Delaware Secretary of State,
Division of Corporations on *(date)* 03/06/2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/06/2014

*Server's signature*

Tina Irizarry-Process Server
*Printed name and title*

1111B South Governors Avenue
Dover DE 19904

*Server's address*

Additional information regarding attempted service, etc: